UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REX WEAVER,

    Plaintiff,                                       Case No. 2:09-cv-14820

v.                                                 Judge Patrick J. Duggan
                                                      Magistrate Judge Mona K. Majzoub

HOME DEPOT USA, INC.

    Defendant.
_____/

| David M. Moss (P36757) | Carolyn M. Jereck (P41748) |
|---|---|
| MOSS & COLELLA, P.C. | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for Defendant |
| 28411 Northwestern Hwy., Suite 1150 | 38505 Woodward Ave., Suite 2000 |
| Southfield, MI 48034 | Bloomfield Hills, MI 48304 |
| (248) 945-0100 | (248) 594-6328 |

_____/

## **STIPULATION AND FINAL ORDER OF DISMISSAL WITH PREJUDICE**

At a session of said Court
held in the United States District Court,
Detroit, MI on November 8, 2010.

Present: Honorable: Patrick J. Duggan
United States District Court Judge

This matter having come before the court upon the stipulation of the parties, through counsel, and the Court being otherwise further advised in the premises;

IT IS HEREBY ORDERED that all remaining claims in the above-captioned matter pertaining to Plaintiff Rex Weaver's cause of action against Defendant, HOME DEPOT USA, INC., be and the same are hereby dismissed with prejudice and without costs, liens, interest and/or attorney fees;

IT IS FURTHER ORDERED that entry of this order resolves the last pending claim and closes this case in its entirety pursuant to FRCP 41;

IT IS SO ORDERED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: November 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 8, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Approved for entry:

| *s/with consent of David Moss* | *s/with consent of Carolyn M. Jereck* |
|---|---|
| David M. Moss (P36757) | Carolyn M. Jereck (P41748) |
| MOSS & COLELLA, P.C. | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for Defendant |
| 28411 Northwestern Hwy., Suite 1150 | 38505 Woodward Ave., Suite 2000 |
| Southfield, MI 48034 | Bloomfield Hills, MI 48304 |
| (248) 945-0100 | (248) 594-6328 |

Open.12080.94260.10371307-1